

## COURT OF APPEALS FOR THE
## FIRST DISTRICT OF TEXAS AT HOUSTON

ORDER

Appellate case name: Adrienne A. Henny v. JPMorgan Chase Bank, N.A.

Appellate case number: 01-12-01068-CV

Trial court case number: 0840075B

Trial court: 152nd District Court of Harris County

Appellee's motion to dismiss the appeal for lack of jurisdiction is **denied**. *See Verburgt v. Dorner*, 959 S.W.2d 615, 617–18 (Tex. 1997).

Appellant's motion to stay the appeal pending mediation is **denied**. The clerk's record has been filed. Appellant has indicated that a reporter's record will be filed. The appellate deadline to file the reporter's record is suspended until February 22, 2013.

It is so **ORDERED**.

Judge's signature: /s/ Laura C. Higley
                ☑ Acting individually     ☐ Acting for the Court

Date: January 4, 2013